FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>Garcia-Rojas, Alexis<br><br>                Defendant. | Case No.: SACR05-132-AHS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __background, cmty ties unknown due to failure to interview; bail resources unknown; illegal immigration status; association__

1  _with multiple personal identifiers; conduct in_
2  _not complying with supervision conditions, which evidences_
3  and/or _a lack of amenability to supervision_
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7      finding is based on _his criminal history record_
8      _____
9      _____
10     _____
11     _____
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: _4/24/12_
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE